## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**GARY ALAN LESSOR,**

    **Plaintiff,**

**v.**                                                    **Case No. 5:25-cv-247-AW-MJF**

**MANAGEMENT AND TRAINING
CORPORATION, et al.,**

    **Defendants.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The magistrate judge explains that Plaintiff is a three-striker who has not paid the filing fee or shown he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The magistrate judge recommends the court (1) deny the motion for leave to proceed *in forma pauperis* and (2) dismiss the case without prejudice. ECF No. 4. Plaintiff has filed no objection to the report and recommendation, and his deadline to do so has passed.

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 4) and incorporate it into this order. The motion for leave to proceed *in forma pauperis* (ECF No. 2) is DENIED. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on October 8, 2025.

s/ *Allen Winsor*
Chief United States District Judge